UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERARD HOWARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-667** |
| **ROBERT TANNER, WARDEN** | **SECTION "N"(2)** |

## ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on September 9, 2013 (Rec. Doc. No. 17), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Gerard Howard for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 23rd day of September, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE